# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **Erin Wilson, individually and on behalf of others similarly situated** ) ) ) ) *Plaintiff* ) ) v. ) Civil Action No. 1:25-cv-6575 ) ) ) **SPF SCREENS & AWNINGS LLC** ) ) *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Michael Armstrong, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents to SPF SCREENS & AWNINGS LLC in Fulton County, GA on December 3, 2025 at 12:34 pm at 1815 Hembree Rd, Unit 413, Alpharetta, GA 30009 by leaving the following documents with Vitaly Vecher who as Intake Specialist is authorized by appointment or by law to receive service of process for SPF SCREENS & AWNINGS LLC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT

Additional Description:
Left documents with Vitaly Vecher

White Male, est. age 45-54, glasses: N, Black hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=34.059184,-84.3040064
Photograph: See Exhibit 1


Total Cost: $230.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Gwinnett County  ,
  GA    on   12/4/2025  .

/s/ *Michael Armstrong*
Signature
Michael Armstrong
+1 (850) 324-2796



Exhibit 1a)