IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No.: 1:25-cv-06575-MLB <br> ) |
| SPF SCREENS & AWNINGS LLC, | ) <br> ) |
| Defendant. | ) |

## CONSENT MOTION TO EXTEND TIME

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Counsel for Plaintiff, Erin Wilson, and Counsel for Defendant, SPF Screens and Awnings LLC ("SPF"), hereby file this Consent Motion to Extend Time and state as follows: Ms. Wilson filed her Complaint against SPF on November 15, 2025. *See* ECF No. 1. SPF was served with a summons and a copy of the Complaint on December 3, 2025, making the deadline to file a responsive pleading December 24, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). The Parties have discussed this case, the claims, issues, the upcoming scheduling, and current deadlines. In furtherance of those discussions, which are ongoing, the Parties request a 30-day extension of time, through January 23, 2026, for SPF to answer, plead, move, or otherwise respond to Plaintiff's Complaint in the above-captioned case. The Parties further stipulate that any and all

defenses are preserved and retained and that no defense is waived by this Motion.

The Court may grant a motion for extension of time for good cause. *See* Fed. R. Civ. P. 6(b)(1)(A). Undersigned counsel respectfully contend that good cause exists to grant the Motion. Counsel for SPF was only recently retained in this matter and needs additional time to investigate the allegations in the Complaint and prepare an appropriate response, especially in light of the upcoming holidays. No party will be prejudiced by the extension, it is not filed for purposes of harassment or delay, and granting the Motion will serve the ends of justice and judicial economy. Moreover, Ms. Wilson consents to the extension.

In conclusion, the Parties respectfully request a 30-day extension of time for Defendant SPF to respond to the Complaint in the above-captioned matter, through January 23, 2026.

## CERTIFICATE OF FONT TYPE AND SIZE

Undersigned counsel hereby certifies that the foregoing **Consent Motion to Extend Time** has been prepared with Times New Roman 14-point Font, as approved in LR5.1C.

Respectfully submitted this 19th day of December, 2025.

| CONSENTED TO BY: | CONSENTED TO BY: |
|---|---|
| **PARONICH LAW, P.C.** | **ARDIS LAW LLP** |
| /s/ Anthony I. Paronich | /s/ Matthew R. Rosenkoff |
| Anthony I. Paronich (PHV) | Matthew R. Rosenkoff |
| 350 Lincoln St. Suite 2400 | Georgia Bar No. 842117 |
| Hingham, MA 02043 | 2300 Windy Ridge Pkwy SE |
| Telephone: (615) 485-0018 | Atlanta, GA 30339 |
| anthony@paronichlaw.com | Telephone: (470) 762-6524 |
|  | mrosenkoff@ardis.law |
| Valerie Chinn |  |
| Georgia Bar No. 248468 |  |
| 245 N. Highland Ave. Suite 230 #7 | *Attorney for Defendant SPF Screens &* |
| Atlanta, GA 30307 | *Awnings LLC* |
| Telephone: (404) 955-7732 |  |
| vchinn@chinnlawfirm.com |  |
| *Attorneys for Plaintiff Erin Wilson* |  |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2025, a copy of the foregoing was filed via CM/ECF and served upon counsel of record via electronic notification.

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff
Georgia Bar No. 842117

*Attorney for Defendant SPF Screens & Awnings LLC*

56935361.3