IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 1:25-cv-6575-MLB |
| v. | ) ) |
| SPF SCREENS & AWNINGS LLC, | ) ) |
| Defendant. | ) |

## ORDER TO EXTEND TIME

Pursuant to the agreement of counsel, it is hereby ORDERED that Defendant SPF Screens & Awnings LLC shall have through, and including, January 23, 2026 to answer, plead, move, or otherwise respond to Plaintiff's Complaint in the above-captioned case. Any and all defenses are preserved and retained and no defense is waived by this Order.

SO ORDERED this \_\_\_\_ day of _____, 2025.

_____
Hon. Michael L. Brown
United States District Judge

56935365.2