UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SPF SCREENS & AWNINGS LLC,<br><br>  Defendant. | Civil Action No.: 1:25-cv-06575-MLB |

### DEFENDANT SPF SCREENS & AWNINGS LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

Defendant SPF Screens & Awnings[1] hereby files its Answer and Affirmative Defenses to Plaintiff's Complaint. Except as otherwise set forth herein, Defendant denies all allegations made in the Complaint.

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Complaint must be dismissed because it fails to state a claim upon which relief can be granted.

---

[1] The Company's legal name is Sun Protection of Florida LLC, d/b/a SPF Screens & Awnings.

**SECOND DEFENSE**

The claims are barred by consent.

**THIRD DEFENSE**

Defendant has established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations that would otherwise violate the Telephone Consumer Protection Act, its implementing regulations, and the Georgia Telephone Solicitations Act. *See* 47 U.S.C. § 227(c)(5); O.C.G.A. § 46-5-27(j).

**FOURTH DEFENSE**

Any telephone solicitation was made to a subscriber whose telephone number was provided in error by another subscriber, and Defendant did not know that the telephone number was provided in error. O.C.G.A. § 46-5-27(j.1).

**FIFTH DEFENSE**

All Georgia claims that accrued more than two years before the filing of the complaint are barred by the statute of limitations set forth in O.C.G.A. § 46-5-27(k).

**SIXTH DEFENSE**

Defendant reserves the right to supplement and/or amend this Answer at the conclusion of permissible discovery.

## ANSWER

## NATURE OF ACTION

1.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1. To the extent a response is required, denied.

2.  Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1. To the extent a response is required, denied.

3.  Defendant admits that Plaintiff makes allegations in the Complaint. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 3. To the extent a response is required, denied.

4.  Defendant admits that Plaintiff makes allegations and claims in the Complaint. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 4. To the extent a response is required, denied.

5.  Defendant admits that Plaintiff filed the Complaint on behalf of herself and others similarly situated. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in Paragraph 5. To the extent a response is required, denied.

6.  Denied.

## PARTIES

7. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 7. To the extent a response is required, denied.

8. Defendant admits that it is a corporation with its headquarters in the state of Florida.

## JURISDICTION AND VENUE

9. This paragraph state a legal conclusion to which no response is required. To the extent a response is required, denied.

10. This paragraph state a legal conclusion to which no response is required. To the extent a response is required, denied.

11. This paragraph state a legal conclusion to which no response is required. To the extent a response is required, denied.

## TCPA BACKGROUND

12. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

13. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

14. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

15. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

16. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

17. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

18. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

19. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

20. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

## FACTUAL ALLEGATIONS

21. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 21. To the extent a response is required, denied.

22. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 22. To the extent a response is required, denied.

23. Defendant lacks sufficient knowledge or information to form a belief

as to the truth of the allegation in Paragraph 23. To the extent a response is required, denied.

24. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 24. To the extent a response is required, denied.

25. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 25. To the extent a response is required, denied.

26. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 26. To the extent a response is required, denied.

27. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 27. To the extent a response is required, denied.

28. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 28. To the extent a response is required, denied.

29. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 29. To the extent a response is required, denied.

30. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 30. To the extent a response is required, denied.

31. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 31. To the extent a response is required, denied.

32. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 32. To the extent a response is required, denied.

33. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 33. To the extent a response is required, denied.

34. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 34. To the extent a response is required, denied.

35. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 35. To the extent a response is required, denied.

36. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 36. To the extent a response is required,

denied.

37. Denied.

38. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

39. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 39. To the extent a response is required, denied.

40. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 40. To the extent a response is required, denied.

41. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

42. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 42. To the extent a response is required, denied.

### CLASS ACTION ALLEGATIONS

43. Defendant admits that Plaintiff purports to bring this action individually and on behalf of the two classes identified in paragraph 43. Defendant denies that Plaintiff can state a claim against this Defendant whether individually or on behalf of others.

44. Denied.

45. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

46. This paragraph states legal conclusions that do not require a response. To the extent that a response is required, denied.

47. This paragraph states legal conclusions that does not require a response. To the extent a response is required, denied.

48. This paragraph states legal conclusions that do not require a response. To the extent that a response is required, denied.

## COUNT I
### Telephone Consumer Protection Act
### (Violations of 47 U.S.C. § 227)
### (On behalf of Plaintiff and the National Do Not Call Registry Class)

49. Defendant reaffirms, reasserts, and realleges its answers to the preceding paragraphs as though fully set forth herein.

50. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

51. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

52. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

53. This paragraph states a legal conclusion that does not require a

response. To the extent that a response is required, denied.

## COUNT II
### Violation of the Georgia Telephone Solicitations Act
### (O.C.G.A. § 46-5-27 et seq.)
### (On behalf of Plaintiff and the Georgia Subclass)

54. Defendant reaffirms, reasserts, and realleges its answers to the preceding paragraphs as though fully set forth herein.

55. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

56. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 56. To the extent a response is required, denied.

57. Denied.

58. Denied.

59. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

60. This paragraph states a legal conclusion that does not require a response. To the extent that a response is required, denied.

61. Defendant denies all statements made in the Plaintiff's Prayer for Relief.

Dated: January 23, 2026

        Respectfully Submitted,

        **ARDIS LAW LLP**

        */s/ Matthew R. Rosenkoff*
        Matthew R. Rosenkoff
        Georgia Bar No. 842117
        2300 Windy Ridge Pkwy SE
        Suite 1165 North
        Atlanta, GA 30339
        Telephone: (470) 762-6524
        mrosenkoff@ardis.law

        Jason W. McElroy (Pro Hac Vice Forthcoming)
        Addie Lynch-White (Pro Hac Vice Forthcoming)
        SAUL EWING LLP
        1919 Pennsylvania Ave. NW
        Suite 550
        Washington, DC 20006
        Telephone:  (202) 295-6642
        jason.mcelroy@saul.com
        addie.lynch@saul.com

        *Counsel for SPF Screens & Awnings LLC*

## LOCAL RULE 7.1D CERTIFICATION

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, the foregoing was prepared in Times New Roman font, 14-point type.

**ARDIS LAW LLP**

/s/ Matthew R. Rosenkoff
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
2300 Windy Ridge Pkwy SE
Suite 1165 North
Atlanta, GA 30339
Telephone: (470) 762-6524
mrosenkoff@ardis.law

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SPF SCREENS & AWNINGS LLC,<br><br>    Defendant. | Civil Action No.: 1:25-cv-06575-MLB |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2026, a copy of the foregoing was filed via CM/ECF system and served via e-mail to Plaintiff.

                                          /s/ Matthew R. Rosenkoff
                                          Matthew R. Rosenkoff, Esq.
                                          Georgia Bar No. 842117