UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SPF SCREENS & AWNINGS LLC,<br><br>    Defendant. | Civil Action No.: 1:25-cv-06575-MLB |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a) **Plaintiff, Erin Wilson; and**

    b) **Defendant SPF Screens & Awnings[1]. The immediate parent of Sun Protection of Florida, LLC is Sun Pro Holdco, LLC, a Delaware LLC.**

---

[1] The Company's legal name is Sun Protection of Florida LLC, d/b/a SPF Screens & Awnings.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

    a) **N/A**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

a) **Anthony I. Paronich**
**Paronich Law, P.C.**
**350 Lincoln Street, Suite 2400**
**Hingham, MA 02043**
**Attorneys for Plaintiff**

b) **Matthew R. Rosenkoff**
**Ardis Law LLP**
**2300 Windy Ridge Pkwy SE**
**Suite 1165 North**
**Atlanta, GA 30339**

**Jason W. McElroy (Pro Hac Vice Forthcoming)**
**Addie Lynch White (Pro Hac Vice Forthcoming)**
**SAUL EWING LLP**
**1919 Pennsylvania Ave. NW, Suite 550**
**Washington, DC 20006**
**Attorneys for Defendant *SPF Screens & Awnings LLC***

(4) For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a). The undersigned further certifies that the following is a full and complete

list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed[2]: **N/A**

---

[2] Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. Travaglio v. Am. Express Co., 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." McCormick v. Aderholt, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting Mas v. Perry, 489 F.2d 1396, 1399 (5th Cir. 1974)). "[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1021 (11th Cir. 2004) (citing Carden v. Arkoma Assocs., 494 U.S. 185, 195-196 (1990)). A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." Rolling Greens MHP, 374 F.3d at 1022. A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. Alliant Tax Credit 31, Inc. v. Murphy, 924 F.3d 1134, 1143 (11th Cir. 2019).

Dated: January 23, 2026

                              Respectfully Submitted,

                              **ARDIS LAW LLP**

                              */s/ Matthew R. Rosenkoff*
Matthew R. Rosenkoff
Georgia Bar No. 842117
2300 Windy Ridge Pkwy SE
Suite 1165 North
Atlanta, GA 30339
Telephone: (470) 762-6524
mrosenkoff@ardis.law

Jason W. McElroy (Pro Hac Vice Forthcoming)
Addie Lynch White (Pro Hac Vice Forthcoming)
SAUL EWING LLP
1919 Pennsylvania Ave. NW
Suite 550
Washington, DC 20006
Telephone: (202) 295-6642
jason.mcelroy@saul.com
addie.lynch@saul.com

*Counsel for SPF Screens & Awnings LLC*

4

## LOCAL RULE 7.1D CERTIFICATION

I hereby certify that the foregoing complies with the font and point requirements of LR 5.1, to wit, the foregoing was prepared in Times New Roman font, 14-point type.

                **ARDIS LAW LLP**

                /s/ Matthew R. Rosenkoff
                Matthew R. Rosenkoff, Esq.
                Georgia Bar No. 842117
                2300 Windy Ridge Pkwy SE
                Suite 1165 North
                Atlanta, GA 30339
                Telephone: (470) 762-6524
                mrosenkoff@ardis.law

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPF SCREENS & AWNINGS LLC,<br><br>Defendant. | Civil Action No.: 1:25-cv-06575-MLB |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2026, a copy of the foregoing was filed via CM/ECF and served upon counsel of record via electronic notification.

*/s/ Matthew R. Rosenkoff*
Matthew R. Rosenkoff, Esq.
Georgia Bar No. 842117
