IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Erin Wilson,

        Plaintiff,

                              Case No. 1:25-cv-6575-MLB

v.

SPF Screens & Awnings LLC,

        Defendant.

_____/

## SCHEDULING ORDER

Before the Court is the parties' Joint Preliminary Report and Discovery Plan (Dkt. 15) (the "Plan"). Having considered the Plan, it is hereby **APPROVED**. The time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified: Discovery shall be completed on or before August 28, 2026. If the parties request to extend any further deadlines, they must file a motion regarding their request and include a proposed order.

**SO ORDERED** this 24th day of February, 2026.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE