## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, individually and on behalf of others similarly situated, | ) <br> ) <br> ) Civil Action No. 1:25-cv-06575-MLB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SPF SCREENS & AWNINGS LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Erin Wilson ("Plaintiff") and Defendant SPF Screens & Awnings

LLC  ("SPF") stipulate to the dismissal of this action, with prejudice, pursuant to

Federal Rule of Civil Procedure 41(a)(1)(ii).

Respectfully submitted this 26th day of May, 2026

/s/ Anthony I. Paronich
Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

**Counsel for Plaintiff**

57941707.1

2

/s/ Jason W. McElroy
Jason W. McElroy (Pro Hac Vice)
Saul Ewing LLP
1919 Pennsylvania Ave. NW, Suite 550
Washington, DC 20006
Tel: (202) 295-6642
Jason.mcelroy@saul.com

Matthew R. Rosenkoff
Georgia Bar No. 842117
Ardis Law LLP
2300 Windy Ridge Pkwy SE
Atlanta, GA 30339
Telephone: (470) 762-6524
mrosenkoff@ardis.law

**Counsel for Defendant Sun Protection of Florida, LLC**

2

57941707.1

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of May, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of the filing to all counsel of record.

*/s/ Jason W. McElroy*

57941707.1